UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TAVIA WAGNER,

    Plaintiff,

v.                                    Case No. 6:20-cv-00826-CEM-LRH

KIM'S FOOD AND GAS, INC. and
ARIHAN INC., d/b/a CANAL STREET
FOOD MART,

    Defendant.
_____/

## NOTICE OF SETTLEMENT AS TO DEFENDANT KIM'S FOOD AND GAS, INC.

Defendant, KIM'S FOOD AND GAS, INC., pursuant to Local Rule 3.08, gives Notice that Defendant, KIM'S FOOD AND GAS, INC. and Plaintiff, TAVIA WAGNER, have reached a settlement.  Once the settlement is finalized, Defendant, KIM'S FOOD AND GAS, INC., and Plaintiff, TAVIA WAGNER, anticipate a complete dismissal of this case as to Defendant KIM'S FOOD AND GAS, INC., with prejudice will be filed.

Dated: July 22, 2020

                                              */s/ Joseph M. DeFranco*
                                              Joseph M. DeFranco, Esquire
                                              Florida Bar No.:   20526
                                              HOGAN & HOGAN, P.A
                                              906 East Michigan Street
                                              Orlando, FL 32806
                                              Tel. 407.422.2188
                                              Fax 407.422.3291
                                              Email Designation:
                                              jdefranco@hoganlegal.com;
                                              wgonzalez@hoganlegal.com;
                                              scunningham@hoganlegal.com
                                              Attorneys for Defendant KIM'S FOOD AND GAS, INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 22, 2020, the foregoing was electronically filed with the Clerk of the Court via CM/ECF which will send a notice of electronic filing to:

Joe M. Quick
Law Offices Of Joe M. Quick, Esq.
1224 S. Peninsula Drive #619
Daytona Beach, FL 32118

/s/ Joseph M. DeFranco
Attorney