UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**TAVIA WAGNER,**

      **Plaintiff,**

v.         Case No:  6:20-cv-826-Orl-41LRH

**KIM'S FOOD AND GAS INC. and
ARIHAN INC.,**

      **Defendants.**

                                     /

**ORDER**

THIS CAUSE is before the Court on the Notice of Settlement as to Defendant Kim's Food and Gas, Inc. (Doc. 20), wherein Defendant Kim's Food and Gas, Inc. ("Kim's Food and Gas") has advised the Court that the above-styled action has been settled between Plaintiff and Kim's Food and Gas.

Accordingly, pursuant to Local Rule 3.08(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED with prejudice** as to Kim's Food and Gas, subject to the right of any party, within sixty days from the date of this Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings. The Clerk is directed to terminate Kim's Food and Gas as a Defendant.

**DONE** and **ORDERED** in Orlando, Florida on July 24, 2020.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party