**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CASE No.: 6:20-cv-00826-CEM-LRH

TAVIA WAGNER,

    Plaintiff,

vs.

KIM'S FOOD AND GAS, INC., and ARIHAN INC.,
d/b/a CANAL STREET FOOD MART,

    Defendants.

_____/

### NOTICE OF SETTLEMENT SOLELY AS TO DEFENDANT ARIHAN, INC.

Plaintiff TAVIA WAGNER, by and through her undersigned counsel, hereby files this Notice of Settlement, to advise the Court that Plaintiff has reached settlement of the claims in the above-styled action solely as to Defendant, ARIHAN INC., d/b/a CANAL STREET FOOD MART.  The Parties are in the process of finalizing formal settlement.

Respectfully submitted this 15th day of August 2020

  By: /s/Joe M. Quick, Esq.
    Joe M. Quick, Esq.
    Florida Bar No.: 0883794
    Law Offices of Joe M. Quick, P.A.
    *Counsel for Plaintiff*
    1224 S. Peninsula Drive #619
    Daytona Beach, Florida 32118
    Tel: (386) 212-3591
    E-mail: JMQuickesq@gmail.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 15th day of August 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. I also certify that the aforementioned document is being served on all counsel of record, corporation, or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

              By: /s/Joe M. Quick, Esq.
              Joe M. Quick, Esq.
              Florida Bar No.: 0883794
              Attorney for Plaintiff
              Law Offices of Joe M. Quick, P.A.
              1224 S. Peninsula Drive #619
              Daytona Beach, Florida  32118
              Tel: (386) 212-3591
              E-mail: JMQuickesq@gmail.com