UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**TAVIA WAGNER,**

      **Plaintiff,**

v.                                                     Case No:  6:20-cv-826-Orl-41LRH

**ARIHAN INC.,**

      **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Notice of Settlement Solely as to Defendant Arihan, Inc. (Doc. 22), wherein Plaintiff has advised the Court that the above-styled action has been settled with Defendant Arihan Inc., d/b/a Canal Street Food Mart ("Arihan"), who is the only remaining Defendant in this case. Nashir Kahn, a *pro se* party, is also listed as a movant on the docket. However, it appears that Mr. Kahn only appeared in this case for the purpose of requesting an extension of time for Arihan to file a response to the Complaint, (Motion for Enlargement of Time to File Response to Summons, Doc. 17, at 1), which was denied by the Court because Mr. Khan, a non-attorney, is not permitted to seek relief on behalf of Arihan, a corporate party. (July 9, 2020 Order, Doc. 18, at 1–2). Therefore, it does not appear that there are any active claims by or against Mr. Khan in this matter.

Accordingly, pursuant to Local Rule 3.08(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Orlando, Florida on August 18, 2020.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party